Nathan Brown (SBN 033482)
15100 N 78th Way Suite 203
BROWN PATENT LAW
Scottsdale, AZ 85260
Phone: 602-529-3474
Email: Nathan.Brown@BrownPatentLaw.com

[Additional counsel appearing on signature block]

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

**Daniel DeClements**, individually and on behalf of all others similarly situated,

Plaintiff,

v.

**My Home Group Real Estate, LLC**, an Arizona limited liability company,

Defendant.

NO.

**CLASS ACTION COMPLAINT**

**JURY DEMAND**

**CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff Daniel DeClements ("Plaintiff DeClements" or "DeClements") brings this Class Action Complaint and Demand for Jury Trial against Defendant My Home Group Real Estate, LLC ("Defendant" or "My Home Group") to stop My Home Group from directing, or at the very least ratifying, My Home Group's realtors' violations of the Telephone Consumer Protection Act ("TCPA"). Specifically, at My Home Group's direction and/or with My Home Group's knowledge and for My Home Group's benefit, My Home Group realtors purchase leads lists for real estate listings and autodialers with the ability to deliver prerecorded voice messages specifically marketed to the real estate industry to solicit real estate listings from consumers without the consumers' consent.

In this case, Plaintiff DeClements received an autodialed and/or prerecorded voice call from a My Home Group realtor soliciting Plaintiff's property listing. As a result, Plaintiff seeks

to obtain injunctive and monetary relief for all persons injured by My Home Group's endorsement and ratification of this pernicious telemarketing. Plaintiff, for this Complaint, alleges as follows upon personal knowledge as to himself and his own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by his attorneys.

**PARTIES**

1. Plaintiff Daniel DeClements is a resident of Rio Verde, Arizona.

2. Defendant My Home Group is an Arizona limited liability company headquartered at 8360 E Raintree Dr #205, Scottsdale, AZ 85260. Defendant conducts business throughout this District and the United States.

**JURISDICTION AND VENUE**

3. This Court has federal question subject matter jurisdiction over this action under 28 U.S.C. § 1331, as the action arises under the TCPA.

4. This Court has personal jurisdiction over Defendant and venue is proper in this District under 28 U.S.C. § 1391(b) because Defendant is incorporated and headquartered in this District and because the wrongful conduct giving rise to this case was directed from and/or occurred in this District.

**MY HOME GROUP DIRECTS REALTORS TO USE PURCHASED LEADS LISTS AND AUTODIALERS CAPABLE OF DELIVERING PRERECORDED VOICE MESSAGES TO SOLICIT REAL ESTATE LISTINGS FROM CONSUMERS**

5. My Home Group is a residential real estate brokerage that assists consumers in buying/selling properties throughout locations all over the U.S.

6. My Home Group provides its realtors with tools that it deems necessary to succeed in the real estate industry, ensuring that realtors are consistent in fulfilling My Home Group's overall marketing plan.[1]

7. Training is provided to realtors directly from My Home Group's head office, as well as online through Facebook and YouTube.

8. My Home Group encourages its realtors to purchase systems such as RedX and Mojo through its training courses that include leads lists bundles with autodialers specifically marketed for soliciting real estate listings, and to use these systems to telemarket to consumers without consent.

9. RedX sells realtors lists of real estate leads based on expired listings and for sale by owner listings together with an autodialer capable of, among other things, delivering prerecorded voice messages.

10. Expired listings are properties that were once listed on a Multiple Listing Service ("MLS") by a realtor on behalf of a seller that did not sell before the listing agreement between the seller and the realtor expired. For expired listings, RedX and similar services perform a reverse append using public records sources based on the property address and owner name to associate phone numbers to those expired listings. Those services then sell access to realtors to those names and phone numbers so that those realtors can call those consumers using an autodialer or pre-recorded message.

11. For sale by owner listings are properties that are listed for sale by a seller that is not under contract with a realtor. For 'For Sale by Owner' listings, RedX and other similar

[1] https://realtorsuccessformula.com/

services scrape addresses, owner names, and phone numbers from various databases and re-sell access to that information for realtors to call them to solicit their services.

12. Because of the manner in which RedX generates expired listing leads (i.e., through a process equivalent to skip tracing) and for sale by owner listing leads (i.e., by scraping information from the internet), the leads RedX (and other services similar to RedX) supplies to realtors are not leads that RedX or the realtors purchasing the leads have prior express written consent to telemarket to using an autodialer and/or prerecorded voice.

13. My Home Group encourages its realtors to solicit real estate listings by using systems like RedX.

14. In a training session given by My Home Group called "Prospecting with Purpose" to its realtors on October 17, 2018, My Home Group trainer Steve Castle provides a thorough training course to My Home Group realtors regarding lead generation and conversion.[2] This training class was presented at the My Home Group headquarters as part of My Home Group's Workshop Wednesday Classes.[3]

15. In the video, Castle trains the My Home Group realtors on the importance of calling consumers with expired listings, attributing at least 50% of his own personal revenue as a realtor to focusing on calling consumers with expired listings.

16. Castle educates the My Home Group realtors in the art of calling expired listings by mentioning how angry the consumers get from receiving unsolicited realtor calls. Despite the anger though, Castle explains that most listings will in fact come from these angry consumers.

---

[2] https://www.youtube.com/watch?v=1rHQp3PAOIg

[3] https://www.youtube.com/playlist?list=PLkgaUNVzYdvXA6jYWk0coLkDrxXnrYABf

17. Castle then discusses how to source expired leads, explaining that he purchases his leads lists from RedX.

18. Speaking on behalf of My Home Group, Castle strongly encourages the use of RedX in this video explaining that he can get a signed agreement from one out of every 100 expired listing leads that he makes unsolicited marketing calls to.

19. Castle also explains in the video that he uses the Mojo system, which is a RedX competitor. Castle recommends that My Home Group realtors use both RedX and Mojo daily, in order to contact consumers with expired listings.

20. Castle also instructs realtors on using Mojo to record a prerecorded voicemail to be left when consumers do not pick up the realtors' unsolicited calls.

21. The video of Castle's training session was posted on the My Home Group YouTube channel as a tool for training future My Home Group realtors.[4]




[4] https://www.youtube.com/watch?v=1rHQp3PAOIg

22. My Home Group provides training at least 3 times a week to its realtors, providing classes about lead generation and different systems that realtors should use, such as RedX and Mojo.[5]

23. For example, in another My Home Group training video entitled "Listing FSBO's to Increase Your Income," My Home Group trainer John Doering trains realtors on using the Mojo system. This training session was given at the My Home Group headquarters.




Listing FSBO'S to Increase Your Income | John Doering

16 views • Published on Aug 14, 2019




6

24. In another My Home Group training class entitled "What is the Right CRM for You?" My Home Group's trainer advises the realtors that they should choose a CRM that works with systems for calling expired listings and for sale by owner listings such as Mojo:

> "We call a lot of FSBO's. We call a lot of Expireds. So we've got Mojo. Mojo's a dialer. It's a dialing software. We are on there 3 or 4 hours a day. It has to go like that. It has to be seamless." [7]

---

[5] https://realtorsuccessformula.com/calendar/

[6] https://www.youtube.com/watch?v=iyTWHr2n2Tc

[7] https://youtu.be/cy53P0JlfrY?t=754

25. In another My Home Group training class entitled "117 Ways to Find a Client," My Home Group trainer Amanda Sue Briggs promotes realtors' use of LionDesk, which is a leads management system includes an autodialer able to call, text, and deliver prerecorded voice messages *en masse*:[8]

**Video Email & Video Texting**
The only CRM with integrated Video Emails and Video Texting. Utilize one on one videos, within drips and mass emails/texting.

**Text 2 Sell**
Use a personalized local area code number and create "Short Codes" to highlight on Sign Riders, Flyers and More.

**Contact Management**
Easily manage all types of lead sources, buyers, sellers, hot or cold clients and more by adding an unlimited number of tags to each client.

**Property Management**
Enter your properties and track your closings. Automate your tasks, manage deadlines and don't let anything slip through the cracks.

**Lead Distribution**
Take all the leads yourself, or distribute them to a team based on their performance or the ZipCode of the request.

**3rd Party Lead Imports**
Take your existing lead sources (Zillow, Trulia, Realtor.com, etc) and send them to LionDesk for an instant response to your client.

**Calendar/Task Management**
Forget worrying about who you should be calling next, because LionDesk will even call you to remind you.

**Power Dialer**
Speed through your call lists quickly and efficiently, and capture all the activity right into your contact records as it happens. (Pricing from $59/mo.)

**Facebook Ads Direct**
As an approved Facebook CRM Partner you can get your leads directly into LionDesk without the added cost of a 3rd party platform.

**Scheduled Emails & Texts**
Save all of your sales and marketing emails and send to your clients instantly, or put them on a future scheduled campaign.

**Texting Manager**
Managing your texting activity is easy with a comprehensive view of all your contact conversations.

**Enhanced Drip Campaigns**
Manage your automated drip campaings easily with LionDesk. Don't just email, with LionDesk, your campaigns can include automated texts messages and phone calls.

**Deal & Pipeline Management**
Track your deals and your pipeline...know how close you are to closing it, how much you're making and when.

**Broker Functions**
Brokers: View enhanced reports on leads, create master Drip Campaigns to push to your Agents and have a global view of all deals, properties and contacts in your office.

**Track Email Results**
Know exactly which prospects are most interested in what you're selling with tracking notifications. Know who opens and clicks on your emails.

**Document Management**
Upload your listing presentations, CMA's and more and associate them to a contact for easy access.

**Click to Call**
Save time by clicking instead of dialing and track all of your inbound and outbound calls and text

**Auto Responders**
Send automated emails, texts, and calls to every one of your leads and track your conversions.[9]

26. To promote realtors' use of LionDesk My Home Group's trainer advises realtors during the training class that they can get a discount on LionDesk by using a discount code for My Home Group realtors.

27. By training My Home Group realtors to use leads lists and autodialers with the capacity to deliver prerecorded voice messages, My Home Group is directing, or at the least

[8] https://youtu.be/-DxS--RX9mU?t=1350
[9] https://www.liondesk.com/freetrial/

ratifying, realtors' unsolicited telemarketing to purchased leads lists using an autodialer and/or prerecorded voice.

**LEGALITY OF AUTODIALED AND PRERECORDED CALLS UNDER THE TCPA**

28. As explained by the Federal Communications Commission ("FCC") in its 2012 order, the TCPA requires "*prior express written consent* for all autodialed or prerecorded [solicitation] calls to wireless numbers and residential lines." *In the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991*, CG No. 02-278, FCC 12-21, 27 FCC Rcd. 1830 ¶ 2 (Feb. 15, 2012).

29. Yet in violation of this rule, My Home Group's realtors failed to obtain any express written consent prior to placing autodialed and/or prerecorded voice calls to Plaintiff and other consumers whose contact information the realtors purchased as part of services such as RedX and Mojo.

30. Consumers have voiced many complaints online about receiving unsolicited calls from My Home Group realtors, many of which indicate the use of an autodialer and/or prerecorded message call:

- "This was a first … received a call from this same number on BOTH my home phone and cell phone at exactly the same time! Obviously a robo-dialer. Home phone showed "Eric Brossart" and the cell phone showed: 'Arizona'."[10]
- "After hanging up, same person immediately called back with different Arizona callerID."[11]
- "Realtor unsolicited call and text"[12]
- "Real estate message soliciting home sellers."[13]

---

[10] https://800notes.com/Phone.aspx/1-602-741-6394/2
[11] *Id.*
[12] https://www.shouldianswer.com/phone-number/6027416394
[13] https://findwhocallsyou.com/6027416394?CallerInfo

- "this guy is a realtor trying to get homes for him to sell. dont answer his calls, as he is lower [than] whale ***!"[14]

**AT MY HOME GROUP'S DIRECTION, A MY HOME GROUP REALTOR CALLED PLAINTIFF DECLEMENTS USING AN AUTODIALER AND/OR A PRERECORDED VOICE WITHOUT PLAINTIFF DECLEMENTS' CONSENT**

31. On September 2, 2019, Plaintiff DeClements had a property he owned removed from the Multiple Listing Service without a sale.

32. On September 4, 2019 at 12:40 PM, just 2 days after DeClements had the listing removed, he received a prerecorded voice call from a My Home Group realtor using phone number 480-712-9135. The prerecorded voicemail states:

> "Hi, my name's Colin. I'm a local real estate professional. I'm just giving you a quick call because it looks like your property was recently on the market but then left the market unsold. I specialize in properties that are just coming off the market. If you're curious to know how much your property is still worth, or if you're thinking about relisting but looking for another professional, I'd love the opportunity to earn your business. Please give me a call back at your earliest convenience. 480-712-9135. Again, 480-712-9135. Thank you and have a wonderful day. Bye bye."

33. Phone number 480-712-9135 belongs to Colin Slattery, a My Home Group realtor:

[14] *Id.*

myhomegroup

Buy or Sell MyAgents MyTeams

Colin Slattery

REAL ESTATE AGENT

Cell: 623.764.5962
Office: 480.685.2760
Fax:480.736.8410
colin.slattery@btgrealestate.com
http://myhomegroup.com/

Colin is a native to Phoenix, having lived here his entir[15]

34. Plaintiff DeClements has never provided his consent to My Home Group or any of its realtors to be called. Plaintiff also has not consented in any way to being called based on having his contact information included on a leads list sold as part of RedX, Mojo, or another similar service.

35. The unauthorized call using a prerecorded voice made by a My Home Group realtor at My Home Group's direction, has harmed Plaintiff DeClements in the form of annoyance, nuisance, and invasion of privacy, and disturbed the use and enjoyment of his cell phone, in addition to the wear and tear on the phones' hardware (including the phones' battery) and the consumption of memory on the phone.

36. Seeking redress for these injuries, Plaintiff DeClements, on behalf of himself and a Class of similarly situated individuals, bring suit under the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*, which prohibits unsolicited, autodialed and prerecorded voice calls.

**CLASS ALLEGATIONS**

37. Plaintiff DeClements brings this action pursuant to Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3) and seeks certification of the following Class:

[15] https://myhomegroup.com/mhg-realtors/colin-slattery/

All persons in the United States who from four years prior to the filing of this action through class certification (1) at least one My Home Group realtor called (2) using RedX, Mojo, LionDesk, or a substantially similar dialer and/or a prerecorded voice, (3) on their cellular phone number, (4) whose contact information was obtained from RedX, Mojo, LionDesk or a substantially similar lead generating service.

38. The following individuals are excluded from the Class: (1) any Judge or Magistrate presiding over this action and members of their families; (2) Defendant, its subsidiaries, parents, successors, predecessors, and any entity in which Defendant or its parents have a controlling interest and their current or former employees, officers and directors; (3) Plaintiff's attorneys; (4) persons who properly execute and file a timely request for exclusion from the Class; (5) the legal representatives, successors or assigns of any such excluded persons; and (6) persons whose claims against Defendant have been fully and finally adjudicated and/or released. Plaintiff DeClements anticipates the need to amend the Class definitions following appropriate discovery.

39. **Numerosity**: On information and belief, there are hundreds, if not thousands of members of the Class such that joinder of all members is impracticable.

40. **Commonality and Predominance**: There are many questions of law and fact common to the claims of Plaintiff DeClements and the Class, and those questions predominate over any questions that may affect individual members of the Class. Common questions for the Class include, but are not necessarily limited to the following:

(a) whether Defendant's realtors made calls to Plaintiff Declements and members of the Class using an autodialer and/or prerecorded voice;

(b) whether Defendant's realtors made calls to Plaintiff DeClements and members of the Class without first obtaining prior express written consent to make the calls;

(c) whether Defendant directed and/or ratified its realtors' use of an autodialer and/or prerecorded voice for calling cell phone numbers of consumers included on purchased leads lists;

(d) whether Defendant is liable under the TCPA for its realtors' conduct; and

(e) whether members of the Class are entitled to treble damages based on the willfulness of Defendant's conduct.

41. **Adequate Representation**: Plaintiff DeClements will fairly and adequately represent and protect the interests of the Class, and has retained counsel competent and experienced in class actions. Plaintiff DeClements has no interests antagonistic to those of the Class, and Defendant has no defenses unique to any the Plaintiff. Plaintiff DeClements, and his counsel are committed to vigorously prosecuting this action on behalf of the members of the Class, and have the financial resources to do so. Neither Plaintiff DeClements nor his counsel has any interest adverse to the Class.

42. **Appropriateness**: This class action is also appropriate for certification because Defendant has acted or refused to act on grounds generally applicable to the Class and as a whole, thereby requiring the Court's imposition of uniform relief to ensure compatible standards of conduct toward the members of the Class and making final class-wide injunctive relief appropriate. Defendant's business practices apply to and affect the members of the Class uniformly, and Plaintiff's challenge of those practices hinges on Defendant's conduct with respect to the Class as wholes, not on facts or law applicable only to the Plaintiff. Additionally, the damages suffered by individual members of the Class will likely be small relative to the burden and expense of individual prosecution of the complex litigation necessitated by Defendant's actions. Thus, it would be virtually impossible for the members of the Class to obtain effective relief from Defendant's misconduct on an individual basis. A class action provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

## FIRST CLAIM FOR RELIEF

**Telephone Consumer Protection Act**
**(Violation of 47 U.S.C. § 227)**
**(On Behalf of Plaintiff DeClements and the Class)**

43. Plaintiff DeClements repeats and realleges paragraphs 1 through 42 of this Complaint and incorporates them by reference.

44. Defendant's realtors transmitted unwanted solicitation telephone calls to Plaintiff DeClements and the other members of the Class using an autodialer and/or prerecorded voice message.

45. These autodialed and/or prerecorded voice calls were made *en masse* without the prior express written consent of the Plaintiff DeClements and the other members of the Prerecorded No Consent Class.

46. Defendant directed and/or ratified its realtors' unwanted solicitation telephone calls to Plaintiff DeClements and the other members of the Class using an autodialer and/or prerecorded voice message.

47. Defendant's conduct was negligent, willful, or knowing.

48. Defendant has, therefore, violated 47 U.S.C. § 227(b)(1)(A)(iii). As a result of Defendant's conduct, Plaintiff DeClements and the other members of the Class are each entitled to a minimum of $500 in damages, and up to $1,500 in damages, for each TCPA violation.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff DeClements, individually and on behalf of the Class, prays for the following relief:

49. An order certifying this case as a class action on behalf of the Class as defined above; appointing Plaintiff DeClements as the representative of the Class; and appointing his attorneys as Class Counsel;

50. An award of actual and/or statutory damages and costs;

51. An order declaring that Defendant's actions, as set out above, violate the TCPA;

52. An injunction requiring Defendant to stop its realtors' unsolicited calling activity, and to otherwise protect the interests of the Class; and

53. Such further and other relief as the Court deems just and proper.

**JURY TRIAL DEMAND**

Plaintiff DeClements requests a jury trial.

Dated: February 19, 2020

*/s/ Nathan Brown*
Nathan Brown
Telephone: (602) 529-3474
Nathan.Brown@BrownPatentLaw.com

*Local Counsel for Plaintiff and the putative Class*

Rachel Kaufman*
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Counsel for Plaintiff and the putative Class*

**Pro Hac Vice motion forthcoming*