```
Nathan Brown (SBN 033482)
15100 N 78th Way Suite 203
BROWN PATENT LAW
Scottsdale, AZ 85260
Phone: 602-529-3474
Email: Nathan.Brown@BrownPatentLaw.com

Avi R. Kaufman
Rachel E. Kaufman
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Phone: 305-469-5881
Email: Avi@KaufmanPA.com
       Rachel@KaufmanPA.com
```

*Attorneys for Plaintiff and the putative Class*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel DeClements, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>My Home Group Real Estate, LLC,<br><br>*Defendant*. | Case no. 2:20-cv-00362-DWL<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT** |

    Plaintiff Daniel DeClements hereby notifies the Court that the parties have reached an agreement in principle to resolve this matter. The parties anticipate filing a Stipulation for Dismissal of the action with prejudice as to the Plaintiff's individual

claims within 30 days. Accordingly, Plaintiff respectfully requests that all current deadlines be suspended pending the filing of the Stipulation for Dismissal.

Respectfully submitted,

Dated: April 27, 2021

*/s/ Rachel E. Kaufman*
Rachel E. Kaufman
rachel@kaufmanpa.com
Avi R. Kaufman
avi@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

Nathan Brown
Telephone: (602) 529-3474
Nathan.Brown@BrownPatentLaw.com

*Local Counsel*

*Attorneys for Plaintiff and all others similarly situated*