# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel DeClements,<br><br>    Plaintiff,<br><br>v.<br><br>My Home Group Real Estate LLC,<br><br>    Defendant. | No. CV-20-00362-PHX-DWL<br><br>**ORDER** |

**IT IS ORDERED** granting the stipulation of dismissal (Doc. 30).

**IT IS FURTHER ORDERED** that all claims of Daniel DeClements in the above-captioned case are dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that all claims of any unnamed member of the alleged class are dismissed without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court terminate this action.

Dated this 2nd day of June, 2021.

_____
Dominic W. Lanza
United States District Judge